**TABLE OF CONTENTS**

TABLE OF CONTENTS ……………………………………………………...………… 2

OVERVIEW ………………………………………………………………………..….... 4

PARTIES ………………………………………………………………………...……… 6

JURISDICTION AND VENUE……………………………………………….………..... 7

AGENCY/RESPONDEAT SUPERIOR ……………………………………...………. 8

FACTS ……………………………………………………………………………..……. 9

    A.    Fire and Death ………………………………………...…………..……… 10

    B.    Aggravated Assault and Facebook ………..…………………………...…. 10

    C.    Extrajudicial Murder Accusation ……………………………………..…… 12

    D.    Aggravated Perjury ……………………………………………………..… 13

    E.    "Shock and Awe" Excessive Force …………………………………..….. 15

    F.    Prostitution in Big D ……………………………………..……...……….. 18

    G.    D Magazine Defames …………………………………………………… 19

CAUSES OF ACTION……………………………….....................................………..... 20

    Count I - Unreasonable Searches and Seizures ……………………………….. 20

    Count II - Excessive Force …………………………………………………… 24

    Count III - Aggravated Assault ……………………….…………………….. 34

    Count IV - False Arrest ……………………………………...…….............. 35

    Count V - False Imprisonment ……………………………..……………….. 38

    Count VI - Deprived of Liberty without Due Process of Law ……………..…. 41

    Count VII - Conversion …………………………………….…..…………... 44

Count VIII - Malicious Prosecution ………….…………………….…..... 46

Count IX - Deprivation of Rights Under Color Law ……..….……………....... 49

Count X - Pattern & Practice ………….…..……………………………..… 51

Count XI - Civil Conspiracy …………….…………………………………… 55

Count XII - Defamation Per Se ……………...….………………….…..… 58

Count XIII - Defamation ………….………………………………………….. 64

Count XIV - Defamation By Implication ……………..……………............… 75

Count XV - Invasion Privacy - Appropriation …………………………………. 87

Count XVI - Emotional Distress, Intentional Infliction …………..……………. 91

DAMAGES ………………….…………………………………………………….. 97

EXEMPLARY DAMAGES ……………….……………………………………. 98

CONDITIONS PRECEDENT ……………………………………………………….. 98

PRAYER ………………….…………………………………..…………… 98

JURY DEMAND ……………….……………………………………………. 99