## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **BRIAN E. VODICKA,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No. 3:19-cv-0056-B** |
| **ROBERT L. ERMATINGER, JR., and SCOTT ROBERT SAYERS,** | |
| **Defendants.** | |

## NON-PARTY STEPHEN C. SCHOETTMER'S RESPONSE TO
## PLAINTIFF VODICKA'S MOTION TO COMPEL COMPLIANCE

Non-party Stephen C. Schoettmer ("Schoettmer") files this Response to Plaintiff Vodicka's Motion to Compel Compliance, seeking documents from Schoettmer, to which Schoettmer responds as follows:

1.      Schoettmer has complied with Rule 45 and Vodicka's request for the entry of an Order against Schoettmer should be denied.

2.      Nowhere in Vodicka's five (5) page Motion or in his four (4) Exhibits does Vodicka advise the Court that Schoettmer served Vodicka with a written "Non-Party Schoettmer's Response to Vodicka's Notice of Subpoena." Schoettmer's Response was served a week after receiving the Subpoena. Schoettmer's Response asserted objections based upon Vodicka's non-compliance with Rule 45. Subject to the objections, Schoettmer responded to each of the six production requests: "Schoettmer does not have in his possession, custody, or control the requested document, created by a third party circa February 2016."

3.      Vodicka has deceived the Court by not acknowledging Schoettmer's Response in his Motion To Compel Compliance. Schoettmer attaches his previously served "Non-Party Schoettmer's Response to Vodicka's Notice of Subpoena" as Exhibit A.

and received the Subpoena, I asked the process server if he knew Vodicka or Aubrey, and the process server said that his client was "weird."

**SUMMARY:**  Schoettmer has complied with the Federal Rules of Civil Procedure and has responded to the Subpoena. Schoettmer does not possess, have custody of, or control of any responsive document(s).  There is nothing to compel.

Dated:  August 6, 2021

Respectfully submitted,

By: */s/ Stephen C. Schoettmer*
        Stephen C. Schoettmer
        State Bar No. 17800400
        steve.schoettmer1@gmail.com
        **LAW OFFICE OF STEPHEN C. SCHOETTMER**
        4305 W. Lovers Lane
        Dallas, Texas 75209
        Telephone: (214) 228-8792
        **PRO SE**

## CERTIFICATE OF SERVICE

On August 6, 2021, a true and correct copy of this Response was served on all known counsel of record via email in accordance with the Federal Rules of Civil Procedure.

*/s/ Stephen C. Schoettmer*

# EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN E. VODICKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT L. ERMATINGER, JR. and | § | Civil Action No. 3:19-CV-0056-b |
| SCOTT ROBERT SAYERS | § | |
| | § | |
| Defendants. | § | |

### Non-Party Schoettmer's Response to Vodicka's Notice of Subpoena

Stephen C. Schoettmer was served with a Notice of Subpoena on July 6, 2021.

Schoettmer is not a party to the litigation. Schoettmer objects to the Subpoena for

the following reasons, and subject to and without waiving his objections, Schoettmer

responds.

1st Objection. The Subpoena does not comply with Rule 45(c)(2),

commanding Schoettmer to deliver documents to Florida.  Schoettmer resides, is

employed, and transacts business in Dallas Texas.

2nd Objection.  In 2016, Vodicka had equal access to the requested documents

(two depositions transcripts and two deposition videos - of deponents Vodicka

and Aubrey). Vodicka can contact the court reporter and

the videographer to obtain their copies -- that is how the court reporter and

the videographer makes a living.  The request subjects Schoettmer to undue

burden.

**3rd Objection.**  The two depositions were taken in February and March 2016. Nothing in the depositions pertain to the death and murder of Ira Tobolowsky (on May 13, 2016). The requested discovery does not reasonably lead to any relevant evidence.  It subjects Schoettmer to undue burden.

**4th Objection.**  Upon recollection as the interrogating attorney, Mr. Vodicka was incoherent during his deposition, he failed to provide responsive answers, at one point causing  his mate, Steven Aubrey who was sitting with him, to respond something like, "that is the way he is now."  Mr. Aubrey had caused Mr. Vodicka to be committed for a psych evaluation a month or so prior to the deposition. The deposition was suspended as a result of Vodicka's incoherence. Consequently, the requested discovery does not reasonably lead to any relevant evidence.  It subjects Schoettmer to undue burden.

**5th Objection.**  Upon information and belief, the discovery period in the above referenced federal lawsuit is closed.

**Subject to Objections, Schoettmer's response to Subpoena:**

**Vodicka's Request #1.**  Schoettmer does not have in his possession, custody or control the responsive document, created by a third party circa Feb, 2016.

**Vodicka's Request #2.**  Schoettmer does not have in his possession, custody or control the responsive document, created by a third party circa Feb 2016.

**Vodicka's Request #3.**  Schoettmer does not have in his possession, custody or

control the responsive document, created by a third party, circa March 2016.

Vodicka's Request #4.  Schoettmer does not have in his possession, custody or

control the responsive document, created by a third party, circa March 2016.

Respectfully Submitted,

/S/_____
Stephen C. Schoettmer
Law Office of Stephen C. Schoettmer, PLLC
4305 W. Lovers Lane
Dallas Texas 75209
State Bar. 17800400
214 228 8792

Served on July 13, 2021.

/S/_____