UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN E. VODICKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-0056-B |
| | § | |
| ROBERT L. ERMATINGER, JR. and | § | |
| SCOTT ROBERT SAYERS, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTIONS

Before the Court are Plaintiff's Motions to Compel Production (Docs. 226, 229, and 230) and Non-Party Michael Tobolowsky's Verified Motion to Quash, Motion for Protective Order, and Motion for Sanctions (Doc. 231). These motions are **referred to the United States Magistrate Judge Irma Carrillo Ramirez** for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b).

Future pleadings concerning these motions shall be filed with transmittal letter addressed to Magistrate Judge Ramirez so copies can be sent directly to her without delay.

SO ORDERED.

SIGNED: August 9, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -