IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN E. VODICKA,<br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT L. ERMATINGER, JR., and<br>SCOTT ROBERT SAYERS,<br>　　　　Defendants. | §<br>§<br>§<br>§　Civil Action No. 3:19-CV-0056-B<br>§<br>§<br>§<br>§ |

### ORDER

By order of reference dated August 31, 2021 (doc. 253), before the Court for determination is *Defendants' Motion for Protective Order*, filed August 30, 2021 (doc. 249). An oral argument concerning the motion was conducted on September 16, 2021, and all parties appeared in person or through counsel. As permitted by the order dated September 1, 2021, the plaintiff appeared telephonically. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the defendants' motion for a protective order is **DENIED**. They must produce their responses to the discovery requests at issue within 21 days of the date of this order, unless otherwise agreed by the parties.

**SO ORDERED** on this 16th day of September, 2021.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE