UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN E. VODICKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-0056-B |
| | § | |
| ROBERT L. ERMATINGER, JR. and | § | |
| SCOTT ROBERT SAYERS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Notice of Proposed Trial Dates (Doc. 275). The Court's Order of September 1, 2021, directed "Defendants to file, on or before November 30, 2021, a proposed new trial date, with the proposed date to be as soon as practicable after March 1, 2022." Doc. 259, Order, 1. Per the Court's Order, Defendants have proposed trial dates of March 14, 2022; March 21, 2022; May 2, 2022; and May 9, 2022. Doc. 275, Def.'s Not., 1. Plaintiff has also filed a Notice of Trial Dates (Doc. 277) and has proposed only the May 2022 dates above. Doc. 277, Pl.'s Not., 1. The Court notes that—as the previous trial date was vacated at Plaintiff's request very close to a long-delayed trial—the Court, at its telephonic hearing of September 1, 2021, (Doc. 256), specifically directed *Defendants* to propose new dates and that those dates should be "as soon as practicable" after the end of the stay, which extends to March 1, 2022. *See* Doc. 259, Order, 1.

Therefore, the Court **ORDERS** that this action is **SET FOR TRIAL** beginning **March 21, 2022.** The remaining pretrial deadlines established by the Court's Amended Scheduling Order (Doc. 206) are reset as follows:

- 1 -

| Deadline for Pretrial Disclosures and Objections | February 4, 2022 (Objections due 14 days thereafter) |
|---|---|
| Deadline for Pretrial Materials | March 7, 2022 |
| Pretrial Conference | March 18, 2022, at 10:00 AM |

**SO ORDERED.**

**SIGNED: December 8, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE