# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BRIAN E. VODICKA | ) |
| | ) |
| v. | ) Case No.: 3:19CV056-B |
| ROBERT L. ERMATINGER and | ) |
| SCOTT ROBERT SAYERS | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  04/01/2022  against  Plaintiff Brian E. Vodicka ,
                                                              Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 502.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | |
| TOTAL | $ 502.75 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service      [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:  s/ Lindsay Wilson Gowin

Name of Attorney:  Lindsay Wilson Gowin

For:  Defendants, Robert L. Ermatinger, Jr. and Scott Robert Sayers            Date:  04/15/2022
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____      By: _____      _____
        *Clerk of Court*                    *Deputy Clerk*                         *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED COURT
FOR THE NORTHERN STATES DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN E. VODICKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19CV056-B |
| | § | |
| ROBERT L. ERMATINGER, JR. and | § | |
| SCOTT ROBERT SAYERS, | § | |
| | § | |
| Defendants. | § | |

## Itemization and Documentation for Requested Costs

Defendants Robert L. Ermatinger, Jr. and Scott Robert Sayers submit this itemization and documentation for requested costs set forth in the foregoing Bill of Costs.

### Expenses Incurred in the Defense of this Case

1. Delphi Legal Technologies – Invoice No. 2110-128
   TECH Fee (Per Hour) – 1 Hour –
   Download and translate audio files                                      $ 100.00

2. Lexitas – Invoice No. 1203146
   Transcript Copy of Detective Saul Monsisvais Deposition                 $ 402.75

   **GRAND TOTAL:**                                                        **$ 502.75**

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

*s/ Lindsay Wilson Gowin*
Lindsay Wilson Gowin
Senior Assistant City Attorney
Texas State Bar No. 24111401
lindsay.gowin@dallascityhall.com

Devin Alexander
Senior Assistant City Attorney
Texas State Bar No. 24104554
devin.alexander@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:     214.670.3519
Telecopier:    214.670.0622

ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on April 15, 2022, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Lindsay Wilson Gowin*

**Delphi Legal Technologies**
133026 PO Box
Dallas, TX  75313 US
+1 2149696844
www.delphilegal.com



# INVOICE

**BILL TO**
City of Dallas
1500 Marilla
Room 3EN
Dallas, TX  75201

**INVOICE #** 2110-128
**DATE** 11/23/2021
**DUE DATE** 12/23/2021

| REF/CM/CASE | DELPHI CONTACT | CLIENT CONTACT |
|---|---|---|
| Vodicka | Barry Bray | Patricia Shake |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| TECH FEE (PER HOUR) - 1 Hour - download and translate audio file<br>*Requested 10/19/21 | 1 | 100.00 | 100.00 |

If you have any questions, please contact mbray@delphilegal.com.

**BALANCE DUE** **$100.00**

PLEASE SEND ALL PAYMENTS TO:
P.O. Box 133026
Dallas, TX 75313-3026

Tax ID# 26-3612582 | If payment has already been sent, please disregard.



# Invoice

**Invoice No:** 1203146
**Invoice Date:** 09/1/2021
**Payment Terms:** Net 30

**Bill To:**
Lindsay Wilson Gowin
City of Dallas, City Attorney's Office
Dallas CIty Hall 1500 Marilla Street RM 7DN
Dallas Texas 75201
United States

**Case Name:**
Brian E. Vodicka v. Robert L. Ermatinger, Jr. and Scott Robert Sayers USDC/Northern District of Texas/Dallas Division Civil Action No. 3:19-CV-0056-B

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|---|---|---|---|---|---|---|
| 2021-805146 | Detective Saul Monsisvais | 08/3/2021 | | | 3:19-CV-0056-B | |

| Item | Quantity | Amount |
|---|---|---|
| Minimum Transcript Fee - Copy | 1 | $200.00 |
| Exhibits - B/W Pages | 15 | $12.75 |
| Litigation Bundle | 1 | $110.00 |
| Filing Requirements - Copy | 1 | $30.00 |
| Legal View Connectivity | 1 | $50.00 |
| Electronic Transcript Processing | 1 | $0.00 |

**Memo:**

**Sold To:**
Lindsay Wilson Gowin
City of Dallas, City Attorney's Office
Dallas CIty Hall 1500 Marilla Street RM 7DN
Dallas Texas 75201
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2021-805146

**TAX ID 46-4363191**

1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

**Subtotal:** $402.75
**Tax(0%):** $0.00
**Total:** $402.75
**Payments and Credits:** $0.00
**Amount Due** $402.75
**After 10/1/2021 Pay** $408.79

1 of 2



# Invoice

**Invoice No:** 1203146
**Invoice Date:** 09/1/2021
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767