IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN E. VODICKA and STEVEN B. AUBREY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 3:19-CV-0056-B |
| ROBERT L. ERTMATINGER, JR., SCOTT ROBERT SAYERS, DOES 1-20, D MAGAZINE PARTNERS LP, ALLISON MEDIA INC., JAMIE L. THOMPSON, ERIC VAUGHN MOYÉ, CITY OF DALLAS, and DALLAS COUNTY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge[1] |

**ORDER**

By order of reference dated June 30, 2022 (doc. 327), before the Court are the *Plaintiff's Motion to Proceed the* [sic] *Appeal In Forma Pauperis* and accompanying affidavit, received on June 24, 2022 (docs. 325-26). The request to proceed *in forma pauperis* on appeal is **GRANTED**, and the plaintiff may proceed with the appeal of this case *in forma pauperis*. The duplicate *Plaintiff's Motion to Proceed the* [sic] *Appeal In Forma Pauperis*, received on June 28, 2022 (doc. 324), is **DEEMED MOOT**.

**SO ORDERED** this 30th day of June, 2022.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Amended Miscellaneous Order No. 6* (adopted by *Special order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are automatically referred.